JOSH COLE AICKLEN
Nevada Bar No. 7254
Josh.Aicklen@lewisbrisbois.com
CHRISTY LYN M. GALLIHER
Nevada Bar No. 8460
Christy.Galliher@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant
COSTCO WHOLESALE CORP.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 5946
mfederico@ocgas.com
PATERNO C. JURANI, ESQ.
Nevada Bar No. 8136
OLSON CANNON GORMLEY & STOBERSKI
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Attorneys for Defendant,
COSTCO WHOLESALE CORP.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LIZA MALLAY,<br><br>            Plaintiff,<br><br>v.<br><br>MAPLEBEAR, INC. d/b/a INSTACART, a Delaware Corporation, COSTCO WHOLESALE CORP., a Delaware Corporation; DOES 1 through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>            Defendants. | Case No.  2:23-cv-01389-APG-BNW<br><br>**SUBSTITUTION OF ATTORNEYS** |

136094594.1

## SUBSTITUTION OF COUNSEL

Defendant COSTCO WHOLESALE CORP. hereby substitutes the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP as counsel of record in the place of OLSON CANNON GORMLEY & STOBERSKI in the above-captioned matter.

DATED this 14th day of February 2024.

COSTCO WHOLESALE CORP.

By: _Leigh Ann Ruijters_ (signature)
Name: Leigh Ann Ruijters
Title: Complex Claims Specialist

## CONSENT TO SUBSTITUTION

OLSON CANNON GORMLEY & STOBERSKI hereby agrees and consents to the substitution of LEWIS BRISBOIS BISGAARD & SMITH LLP as counsel of record for Defendant COSTCO WHOLESALE CORP. in the above-captioned action.

DATED this 14th day of February 2024.

OLSON CANNON GORMLEY & STOBERSKI

By: _(signature)_
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 5946
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Attorneys for Defendant,
COSTCO WHOLESALE CORP.

## ACCEPTANCE OF SUBSTITUTION

Josh Cole Aicklen, Esq. and Christy Lyn M. Galliher, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP hereby accept the substitution as sole counsel of record for Defendant COSTCO WHOLESALE CORP. in the above-captioned matter.

DATED this 21st day of February, 2024.

                      Respectfully submitted:

                      LEWIS BRISBOIS BISGAARD & SMITH LLP

By   /s/ Josh Cole Aicklen
      JOSH COLE AICKLEN
      Nevada Bar No. 7254
      CHRISTY LYN M. GALLIHER
      Nevada Bar No. 8460
      6385 S. Rainbow Boulevard, Suite 600
      Las Vegas, Nevada 89118
      Telephone: 702.893.3383
      Facsimile: 702.893.3789
      Attorneys for Defendant
      COSTCO WHOLESALE CORP.

**IT IS SO ORDERED**

**DATED:** 10:55 am, February 22, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

136094594.1            3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of February, 2024, a true and correct copy of SUBSTITUTION OF ATTORNEYS was served via electronically by the U.S. District Court CM/ECF system to the parties with an email address on record as follows:

| | |
|---|---|
| Christopher S. Connell, Esq.<br>CONNELL LAW<br>7318 W. Post Road, Suite 203<br>Las Vegas, Nevada 89118<br>cconnell@connelllaw.com<br>Attorney for Plaintiff | Michael A. Federico, Esq.<br>OLSON CANNON GORMLEY & STOBERSKI<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>mfederico@ocgas.com<br>Attorney for Costco Wholesale Corporation |

/s/ Tina Sims
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP