# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIZA MALLAY,<br><br>　　　Plaintiff<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, MAPLEBEAR, INC., and CASSANDRA OGBUEHI,<br><br>　　　Defendants | Case No.: 2:23-cv-01389-APG-BNW<br><br>**Order Remanding Case for Lack of Subject Matter Jurisdiction** |

In light of defendant the defendants' response to the order to show cause (ECF No. 40),

I ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

DATED this 1st day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE